Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tele: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Christine Lebron-Dykeman
(*Admitted Pro Hac Vice*)
MCKEE, VOORHEES & SEASE, PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309
Telephone: 515-288-3667
E-mail: christine.lebron-dykeman@ipmvs.com

*Attorneys for Plaintiff/Counter-Defendant*
*Kane, Temple & Myers PLLC d/b/a The702Firm*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kane, Temple & Myers PLLC d/b/a The702Firm,<br><br>　　　Plaintiff,<br><br>v.<br><br>Harris Law Firm, LLP,<br><br>　　　Defendant. | Case No.: 2:21-cv-01364-GMN-DJA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY**<br><br>(First Request) |
| Harris Law Firm, LLP,<br><br>　　　Counterclaimant,<br><br>v.<br><br>Kane, Temple & Myers PLLC d/b/a The702Firm,<br><br>　　　Counter-Defendant. | |

　　　Plaintiff/Counter-Defendant Kane, Temple & Myers PLLC d/b/a The702Firm ("Plaintiff") and Defendant/Counterclaimant Harris Law Firm, LLP ("Defendant") file this First Stipulation and Proposed Order to Extend Discovery Deadlines in this case by 90 days under Local Rule IA 6-1 and

1

116974278.1

Local Rule 26-3. This is the first request to extend discovery deadlines in this matter. The parties' request that the Court grant this stipulation to allow for the completion of discovery.

## FACTUAL BACKGROUND

Plaintiff initiated this matter on July 20, 2021. ECF No. 1. The Court entered the Scheduling Order on December 7, 2021. ECF No. 13. The following deadlines relevant to the instant stipulation were thus set:

1. Factual discovery cutoff: April 4, 2022
2. Expert discovery cutoff: July 1, 2022
3. Dispositive motions due: August 1, 2022
4. Disclosure of expert witnesses due: May 4, 2022
5. Disclosure of rebuttal expert witnesses due: June 3, 2022
6. Pre-Trial Order due: August 31, 2022, or 30 days after resolution of dispositive motions

## COMPLETED DISCOVERY

The parties have made the necessary initial disclosures. Plaintiff and Defendant both served their first sets of written discovery. Defendant has responded to Plaintiff's written discovery requests and produced documents. The parties have engaged in meet and confer efforts regarding the same. Plaintiff is set to respond to Defendant's written discovery requests by March 9, 2022.

Plaintiff has also served a subpoena for documents on a third party, who plans to produce documents responsive to the subpoena in the middle of March 2022.

The parties are also in the final stages of completing their negotiation of a protective order and submitting the document for the Court's approval.

## REMAINING DISCOVERY

Both parties anticipate taking depositions. Additionally, the parties continue to have some unresolved discovery disputes. The parties agree to attempt to resolve the outstanding discovery disputes through supplemental productions after the entry of the protective order and if needed, through further meet and confer.

/ / /

116974278.1

## GOOD CAUSE TO EXTEND DISCOVERY

The parties have been diligent in conducting discovery in this matter. Since the Court entered its Scheduling Order, both parties have served written discovery on the other and Plaintiff has served third party discovery. The parties have also met and conferred regarding Defendant's written discovery responses which resulted in a productive discussion and an agreement to supplement records and have further discussions if needed. The parties have also worked diligently to negotiate a protective order which will be submitted to the Court for approval soon.

As the fact discovery deadline approached, the parties conferred regarding whether additional time would be beneficial and agreed that an additional 90 days should provide sufficient time to complete the remaining discovery. The requested additional time takes into account the current state of discovery, the anticipation of conducting meet and confers in the future to resolve any discovery disputes without court intervention, the anticipation and possible need for third party discovery, the anticipation and need to find mutually agreeable deposition dates for both parties, the anticipation and possible need for retaining expert witnesses, and the counsels' schedules in the coming months due to the general press of business travel.

## PROPOSED NEW DISCOVERY DATES

1. Factual discovery cutoff: July 4, 2022[1]
2. Expert discovery cutoff: September 29, 2022
3. Dispositive motions due: October 31, 2022[2]
4. Disclosure of expert witnesses due: August 2, 2022
5. Disclosure of rebuttal expert witnesses due: September 1, 2022

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The original proposed date fell on a Sunday, and thus has been moved to the following Monday.
[2] The original proposed date fell on a Sunday, and thus has been moved to the following Monday.

116974278.1

6. Pre-Trial Order due: November 29, 2022, or 30 days after resolution of dispositive motions

**IT IS SO AGREED AND STIPULATED.**

Dated: this 3rd day of March, 2022.

GREENBERG TRAURIG, LLP

By: /s/ *Bethan L. Rabe*
Mark G. Tratos
Bethany L. Rabe
Kimberly J. Cooper
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
E-mail: tratosm@gtlaw.com
E-mail: rabeb@gtlaw.com
E-mail: cooperk@gtlaw.com

*Attorneys for Defendant/Counterclaimant Harris Law Firm, LLP*

Dated: this 3rd day of March, 2022.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ *Meng Zhong*
Michael J. McCue
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Christine Lebrón-Dykeman
MCKEE, VOORHEES & SEASE, PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309
E-mail: christine.lebron-dykeman@ipmvs.com

*Attorneys for Plaintiff/Counter-Defendant Kane, Temple & Myers PLLC d/b/a The702Firm*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 4, 2022

4

116974278.1