MARK G. TRATOS
Nevada Bar No. 1086
BETHANY L. RABE
Nevada Bar No. 11691
KIMBERLY J. COOPER
Nevada Bar No. 9533
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
Tel:    (702) 792-3773
Fax:   (702) 792-9002
Email: tratosm@gtlaw.com; rabeb@gtlaw.com
            cooperk@gtlaw.com

*Attorneys for Defendant/Counterclaimant
Harris Law Firm, LLP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KANE, TEMPLE & MYERS PLLC d/b/a The702Firm,<br><br>               Plaintiff,<br><br>vs.<br><br>HARRIS LAW FIRM, LLP,<br><br>               Defendant. | CASE NO. 2:21-cv-01364-CDS-DJA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY**<br><br>**(Second Request)** |

Plaintiff, KANE, TEMPLE & MYERS PLLC d/b/a The702Firm ("Plaintiff"), and Defendant, HARRIS LAW FIRM, LLP ("Defendant") (collectively the "parties"), file this Stipulation and Proposed Order to Extend Discovery in this case by sixty (60) days under Local Rules IA 6-1 and 26-3.  This is the second request that the Court grant this stipulation to allow for the completion of discovery.

## FACTUAL BACKGROUND

Plaintiff initiated this matter on July 20, 2021 [ECF No. 1].  The Court entered the Scheduling Order on December 7, 2021 [ECF No. 13].  The Court granted the parties' first stipulation to extend discovery on March 4, 2022 [ECF No. 17], extending the deadlines as follows:

1

ACTIVE 61086156v1

1. Factual discovery cutoff:  July 4, 2022
2. Disclosure of expert witnesses:  August 2, 2022
3. Disclosure of rebuttal expert witnesses:  September 1, 2022
4. Expert discovery cutoff:  September 29, 2022
5. Dispositive motions deadline:  October 31, 2022

## COMPLETED DISCOVERY

The parties have exchanged initial disclosures.  Plaintiff and Defendant both served their first sets of written discovery.  The parties responded to all sets of written discovery and Defendant has produced documents.  Plaintiff has not yet produced documents in response to Defendant's discovery requests.

Plaintiff served a subpoena for documents on a third party, who produced responsive documents in March of 2022.

The parties have agreed upon and submitted a Stipulated Confidentiality Agreement and Protective Order which was granted by this Court on March 2, 2022 [ECF 18].

## REMAINING DISCOVERY

Both parties anticipate taking depositions of key witnesses and experts.  Both parties anticipate propounding additional written discovery and possibly service of subpoenas on additional third parties.

## GOOD CAUSE TO EXTEND DISCOVERY

The parties have been diligent in conducting discovery in this matter.  Both parties have served written discovery on the other and Plaintiff has served third party discovery.  The parties have recently had meaningful discussions regarding settlement of this matter and believe they may be close to a resolution.  In order to concentrate on settlement discussions, the parties have agreed an additional 60 days should provide sufficient time to complete the remaining discovery should a resolution not occur shortly.  The requested additional time takes into account the ongoing and meaningful good faith settlement discussions, the current state of discovery, the anticipation of conducting meet and confers in the future to resolve any discovery disputes (particularly in regard to Plaintiff's discovery responses, about which the

*ACTIVE 61086156v1*

parties were set to meet and confer when settlement discussions began), the anticipation and possible need for third party discovery, the need to find mutually agreeable deposition dates, and the possible need for retaining expert witnesses.

## PROPOSED NEW DISCOVERY DATES

1. Factual discovery cutoff:  September 2, 2022
2. Disclosure of expert witnesses:  October 3, 2022
3. Disclosure of rebuttal expert witnesses:  October 31, 2022
4. Expert discovery cutoff:  November 28, 2022
5. Dispositive motions deadline:  December 30, 2022

**IT IS SO STIPULATED.**

DATED this 6th day of June 2022.

/S/ CHRISTINE LEBRON-DYKEMAN
MICHAEL J. MCCUE, SBN 6055
MENG ZHONG, SBN 12145
LEWIS ROCA ROTHGERBER CHRISTIE
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

CHRISTINE LEBRON-DYKEMAN
(Pro Hac Vice)
MCKEE, VOORHEES & SEASE, PLLC
801 Grand Avenue Suite 3200
Des Moines, Iowa 50309

*Attorneys for Plaintiff*

DATED this 6th day of June 2022.

/S/ BETHANY L. RABE
MARK G. TRATOS, ESQ. SBN 1086
BETHANY L. RABE, ESQ., SBN 11691
KIMBERLY J. COOPER, ESQ. SBN 9533
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 7, 2022

ACTIVE 61086156v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6thday of June, 2022, a true and correct copy of the foregoing **STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY** was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Cynthia L,Ney*
An employee of Greenberg Traurig