Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tele: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Christine Lebron-Dykeman (Iowa Bar No. AT0002183)
(*Admitted Pro Hac Vice*)
MCKEE, VOORHEES & SEASE, PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309
Telephone:  515-288-3667
Facsimile:  515-288-1338
E-Mail: christine.lebron-dykeman@ipmvs.com
E-Mail: mvslit@ipmvs.com

*Attorneys for Plaintiff Kane, Temple*
*& Myers PLLC d/b/a The702Firm*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kane, Temple & Myers PLLC d/b/a The702Firm, | Case No.: 2:21-cv-01364-CDS-DJA |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| Harris Law Firm, LLP, | |
| Defendant. | |
| Harris Law Firm, LLP, | |
| Counterclaimant, | |
| v. | |
| Kane, Temple & Myers PLLC d/b/a | |

1

The702Firm,

      Counter-Defendant.

Kane, Temple & Myers PLLC, owner of The702Firm trademark ("Kane") pursuant to Fed. R. Civ. P. 41(a)(2) hereby stipulates to the dismissal with prejudice of all claims asserted in Kane's First Amended Complaint against Richard A. Harris, a Professional Corporation and Harris Law Firm, LLP ("Harris") including in relation to Harris's future use of 702 LAWYERS as a phone number, website, in advertising, or otherwise. Harris, pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulates to the dismissal with prejudice of all affirmative defenses and counterclaims asserted in Harris's Answer and Counterclaim against Kane.

The parties further stipulate that each party shall bear its own attorneys' fees and costs.

***

***

***

***

***

***

By:

_/s/Christine Lebron-Dykeman_                    _/s/ Bethany L. Rabe_

                                                 Mark G Tratos
MCKEE, VOORHEES & SEASE, PLC                     Bethany L. Rabe
Christine Lebrón-Dykeman                         Greenberg Traurig LLP
(*Admitted Pro Hac Vice*)                        10845 Griffith Peak Drive, Suite 600
Iowa Bar No. AT0002183                           Las Vegas, NV 89135
801 Grand Avenue, Suite 3200                     Telephone: (702) 792-3773
Des Moines, IA 50309                             Fax: (702) 792-9002
Telephone: 515-288-3667                          Email: tratosm@gtlaw.com
Facsimile: 515-288-1338                          Email: rabeb@gtlaw.com
E-mail: christine.lebron-
dykeman@ipmvs.com                                *Attorneys for Defendant*
E-mail: mvslit@ipmvs.com


Michael J. McCue
 Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER
CHRISTIE LLP
3993 Howard Hughes Parkway, Suite
600
Las Vegas, Nevada 89169
Tele: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

*Attorneys for Plaintiff Kane, Temple
& Myers PLLC d/b/a The702Firm*

3

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, I filed the foregoing Stipulated Dismissal with Prejudice with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.


Mark G Tratos
Bethany L. Rabe
Greenberg Traurig LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Fax: (702) 792-9002
Email: tratosm@gtlaw.com
Email: rabeb@gtlaw.com

ATTORNEYS FOR DEFENDANT


/s/ Christine Lebrón-Dykeman

4