Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tele: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Christine Lebron-Dykeman (Iowa Bar No. AT0002183)
(*Admitted Pro Hac Vice*)
MCKEE, VOORHEES & SEASE, PLC
801 Grand Avenue, Suite 3200
Des Moines, IA 50309
Telephone:  515-288-3667
Facsimile:  515-288-1338
E-Mail: christine.lebron-dykeman@ipmvs.com
E-Mail: mvslit@ipmvs.com

*Attorneys for Plaintiff Kane, Temple*
*& Myers PLLC d/b/a The702Firm*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Kane, Temple & Myers PLLC d/b/a The702Firm,<br><br>Plaintiff,<br><br>v.<br><br>Harris Law Firm, LLP,<br><br>Defendant.<br><br>Harris Law Firm, LLP,<br><br>Counterclaimant,<br><br>v.<br><br>Kane, Temple & Myers PLLC d/b/a | Case No.: 2:21-cv-01364-CDS-DJA<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**<br><br>**[ECF No. 22]** |

1

The702Firm,

    Counter-Defendant.

Kane, Temple & Myers PLLC, owner of The702Firm trademark ("Kane") pursuant to Fed. R. Civ. P. 41(a)(2) hereby stipulates to the dismissal with prejudice of all claims asserted in Kane's First Amended Complaint against Richard A. Harris, a Professional Corporation and Harris Law Firm, LLP ("Harris") including in relation to Harris's future use of 702 LAWYERS as a phone number, website, in advertising, or otherwise. Harris, pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulates to the dismissal with prejudice of all affirmative defenses and counterclaims asserted in Harris's Answer and Counterclaim against Kane.

The parties further stipulate that each party shall bear its own attorneys' fees and costs.

***

***

***

***

***

***

By:

/s/Christine Lebron-Dykeman                /s/ Bethany L. Rabe

MCKEE, VOORHEES & SEASE, PLC
Christine Lebrón-Dykeman
(*Admitted Pro Hac Vice*)
Iowa Bar No. AT0002183
801 Grand Avenue, Suite 3200
Des Moines, IA 50309
Telephone: 515-288-3667
Facsimile: 515-288-1338
E-mail: christine.lebron-dykeman@ipmvs.com
E-mail: mvslit@ipmvs.com

Mark G Tratos
Bethany L. Rabe
Greenberg Traurig LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Fax: (702) 792-9002
Email: tratosm@gtlaw.com
Email: rabeb@gtlaw.com

*Attorneys for Defendant*

Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tele: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

*Attorneys for Plaintiff Kane, Temple & Myers PLLC d/b/a The702Firm*

ORDER

IT IS SO ORDERED:

_____
CRISTINA D. SILVA
United States District Judge

DATE: October 5, 2022

3